# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

Southern

```
Case: 2:19-cv-13092
Judge: Berg, Terrence G
MJ: Hluchaniuk, Michael J
Filed: 10-22-2019 At 11:36 AM
CMP JENNIFER SCHLR V ENCORE REHABILITATION SERVICE LLC (LG)
```

Jennifer Schluter

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Encore Rehabilitation Services, LLC

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☐ Yes ☒ No

## COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jennifer Schluter |
| Street Address | 42102 Fountain Park Drive South, #212 |
| City and County | Novi, Oakland |
| State and Zip Code | MI 48375 |
| Telephone Number | 734-664-1805 |
| E-mail Address | jhicks1999@yahoo.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
    Name      Encore Rehabilitation Services, LLC
    Job or Title (if known)      Organization
    Street Address      33533 W. 12 Mile Road, Suite 290
    City and County      Farmington Hills, Oakland
    State and Zip Code      MI 48331
    Telephone Number      248-865-1177
    E-mail Address (if known)

Defendant No. 2
    Name      Drita (LNU)
    Job or Title (if known)      Regional Manager
    Street Address      33533 W. 12 Mile Road, Suite 290
    City and County      Farmington Hills, Oakland
    State and Zip Code      MI 48331
    Telephone Number      248-865-1177
    E-mail Address (if known)

Defendant No. 3
    Name      Morgan Decker
    Job or Title (if known)      Manager
    Street Address      33533 W 12 Mile Road, Suite 290
    City and County      Farmington Hills, Oakland
    State and Zip Code      MI 48331
    Telephone Number      248-865-1177
    E-mail Address (if known)

Defendant No. 4
    Name
    Job or Title (if known)
    Street Address
    City and County

Jennifer Schiavone v. Encore Rehabilitation Services, LLC

State and Zip Code
Telephone Number
E-mail Address *(if known)*

**C.     Place of Employment**

The address at which I am employed or was employed by the defendant(s) is

| | |
|---|---|
| Name | Encore Rehabilitation Services, LLC |
| Street Address | 33533 West 12 Mile Road, Suite 290 |
| City and County | Farmington Hills, Oakland |
| State and Zip Code | MI 48331 |
| Telephone Number | 248 865-1177 |

**II.     Basis for Jurisdiction**

This action is brought pursuant to *(check all that apply)*:

☒     Fair Labor Standards Act, as codified, 29 U.S.C. §§ 201 to 209.
☐     Relevant state law
☐     Relevant city or county law

**III.    Statement of Claim**

State as briefly as possible the facts of your case. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Nature of employer's business:
       Healthcare. Disparate treatment, unequal pay

B.     Dates of employment:
       10/08/2012 - 05/03/2019

C.     Employee's job title and a description of the kind of work done:

Physical Therapy Assistant - see job description attached

D. Rate, method, and frequency of wage payment:
$25/hour, bi-weekly, direct deposit

E. Number of hours actually worked each week in which a violation is claimed:
40

F. Description of the alleged violation(s) *(check all that apply)*:
☐ Failure to pay the minimum wage *(explain)*

☐ Failure to pay required overtime *(explain)*

☒ Other violation(s) *(explain)*
See attached, race and sex discrimination

G. Date(s) of the alleged violation(s):
10/08/2012-05/03/2019

II.     Additional facts:

See attached, EEOC Appeal Letter

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

error (JS)
P?€ - $300,000 – P & C
$500/month - health benefits (health, dental, life, std, vision
(2) years front pay
Complete expungement of personnel file
Positive references if contacted for employment

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:        10/22/2019

Signature of Plaintiff        *Jennifer Schluter*
Printed Name of Plaintiff      Jennifer Schluter

**B.    For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

☐ Your Copy
☐ Encore Copy – *Sign & Return*

# Physical Therapist Assistant
Position Description

## POSITION SUMMARY

Provides physical therapy services to residents by assisting in the assessment, treatment, program planning and implementation, related documentation and communication. Functions under supervision of the physical therapist.

**ESSENTIAL DUTIES AND RESPONSIBILITIES** include the following. Other duties may be assigned.

1. Provides physical therapy services to residents under the direct supervision of a physical therapist.

2. Assists physical therapist in the evaluation process in the areas of self-care, homemaking, functional mobility and coordination. Assists in the evaluation of other areas as directed.

3. Identifies indications for and assists in evaluations at appropriate intervals under the direction of the physical therapist.

4. Assists the physical therapist in identifying a problem list, short-term goals, long-term goals and treatment plan.

5. Conducts both individual and group treatment as assigned by the physical therapist and outlined in the treatment that includes, but is not limited to, areas of muscle strength, coordination, mobility, sensory awareness, sitting and standing, transfer training, balance activities, gait training, range of motion activities and modalities.

6. Assists in the selection of physical therapy techniques/media and in the sequence of activities, adapts techniques/media as indicated by resident performance and following consultation with the physical therapist. No major modification to the treatment plan is made without prior consultation with the physical therapist.

7. Monitors resident's response to intervention and consults with physical therapist if modification is indicated.

8. Assists in establishing and modifying individual resident schedules in conjunction with the physical therapist and other team members.

9. Adheres to department and resident schedule and modifies as appropriate for treatment regimen.

Jennifer Schafer v. Encore Rehabilitation Services, LLC

10. Maintains acceptable resident care ratios as determined by the physical therapist.

11. Provides/recommends/fabricates adaptive devices or other equipment; trains resident, family and appropriate staff in the use or application of the above.

12. Participates in resident, family and staff education.

13. Confers formally and informally with other team members in coordinating the total rehabilitation program of the resident.

14. Adheres to Physical Therapy Department procedures regarding documentation of physical therapy services.

15. Provides treatment in accordance with established standards of practice, department procedures and productivity standards.

16. Records billable treatment times according to Physical Therapy Department procedures and submits weekly/monthly statistics to regional office.

17. Maintains safe and clean work area and adheres to facility/company safety standards.

18. Complies with all infection control, Universal Precautions and OSHA standards for the healthcare professional.

19. Consistently demonstrates sound judgment in the evaluation, planning, implementation and follow-up or resident therapy programs.

20. Maintains positive relationships and rapport with coworkers, residents, family members and facility personnel.

21. Reports to work on time and adheres to schedule maintaining acceptable patient ratios and work efficiency during assigned shift.

22. Assumes responsibility for ongoing continuing education and professional development.

23. Assists with and participates in quality assurance program as required.

24. Adheres to established confidentiality standards.

25. Projects a positive and professional image at all times.

26. Performs other duties as assigned.

**RECOMMENDED MINIMUM POSITION QUALIFICATIONS**

1. Associate Degree in Physical Therapy from an accredited program.

2. Current state licensure or license-eligible in states where applicable.

3. Regular attendance.

## PHYSICAL REQUIREMENTS and WORK ENVIRONMENT

Physical requirements for this position are classified as medium under the Department of Labor classification. The employee must be capable of exerting 20-50 pounds of force occasionally (less than 1/3 of the time), and/or 10-20 pounds of force frequently (1/2 of the time), and/or up to 10 pounds of force constantly (2/3 of the time) to move objects, equipment and/or residents. While performing the duties of this job, the employee is regularly required to stand, walk, sit, stoop, kneel, bend or crouch; use hands to manipulate tools, equipment or controls; reach with hands and arms, balance, lift and perform medium to maximum transfer assists with residents. The employee is required to have visual and hearing acuity sufficient enough to assess resident safety and ability. This position is classified as a Category 1 for the purpose of exposure determination under the OSHA Regulations regarding the Standard on Occupational Exposure to Blood borne Pathogens (29CFR 1910.1030). Category 1 is defined as all procedures or job-related tasks that involve an inherent risk for mucous membrane or skin contact with blood, body fluids or tissues, or a potential for spills and/or splashes of blood or body fluids. The use of protective equipment and measures is required for every employee engaged in Category 1 tasks.

---

*These essential functions described here are representative of those an employee encounters while performing the basic functions of a physical therapist assistant. Reasonable accommodations may be made to enable qualified individuals with disabilities to perform these essential functions.*

---

Supervisor Signature          Date          Employee Signature          Date

I am an African-American female who was employed as a Physical Therapist Assistant for the past 6+ years with Encore! Rehabilitation Services assigned to their Wellbridge subsidiaries. Throughout my entire employment experience, I was an excellent employee, who was disparately treated in that white employees, with less experience, education and seniority were paid more than me; given more difficult patients that often required two/three person assistance, required to work alone with no additional required assistance) and harassed, compared to White, Physical Therapist Assistants (I was physically and verbally assaulted by nurses and CNA's, and despite complaining, the harassment continued). Despite numerous requests for assistance, the same was often denied, which resulted in several work related injuries causing time away from work. Also Encore (Wellbridge) required me to use PTO during worker's comp, and to pay my own insurance

premiums, while off under the threat of losing my insurance. The most recent incident occurred on May 3, 2019 when I reported to work as usual; half-way through my shift, Regional Manager, Drita (lnu), asked me to meet with her and Morgan Decker, (Manager) and advised me that effective immediately my employment was being changed from full-time to PRN ("pro re nata" which loosely translates to "as needed."). Based on the foregoing, I believe that I have been unlawfully discriminated against, harassed and disparately treated because of my race (African-American) and gender (female).

August 5, 2019

Michelle Eisele, District Director
U.S. Equal Employment Opportunity Commission
Indianapolis District Office
101 West Ohio Street, Suite 1900
Indianapolis, IN 46204

RE: Jennifer Schluter v. Encore Rehabilitation Services
EEOC Charge Number 471-2019-03134

Dear Ms. Eisele,

This letter shall serve as a request to re-open my case investigation, and my vehement opposition to the closure of same, based on the following:

- This case was never fully investigated as stated to me by Willie Slater
- If my former employer, Encore, was ever contacted or even responded, the results were never shared with me for rebuttal
- Information communicated to me by Willie Slater contradicts investigative procedures listed online. That information stated once Encore responds online, I can request a copy of said response from EEOC, and then I could respond back THIS NEVER HAPPENED
- Efforts to contact Willie Slater directly throughout the course of this alleged investigation were not successful via phone, in that all numbers either listed or provided by Willie Slater resulted in : "the subscriber you have dialed, is not in service. If you feel you've received this message in error, please hang up and try your call again; Message #IL00256" – the same is true for Marc Fishback.
- No response to any emails sent to Willie Slater were ever responded to, and I emailed him on July 9, July 16, and July 22
- Requested information either verbally or in writing were ignored, and I have yet to receive the requested documentation (see email dated July 30, 2019 to Marc Fishback)
- July 9, 2019, Willie Slater left a voicemail stating my case was closed, no explanation given.
- July 10, 2019, I spoke directly with Willie Slater and he reiterated that my case was closed; that while I met some Title 7 requirements, I did not meet all; and that a Right-to-suit letter would be forthcoming within 30 days from this conversation (approximately August 10, 2019).
- Although requested in writing to Willie Slater and Mark Fishback to explain which requirements I met under Title 7 and which ones I did not, no response to this request has been received to date.
- Although the Right-to-suit letter is dated July 16, 2019, it was not postmarked until July 17, and I received the Right-to-suit letter July 20, 2019 (see attached)
- Enclosed, please find documentation to substantiate my request to re-open my case investigation and to support my vehement opposition to its closure.

The favor of your immediate reply in writing, but no later than August 16, 2019, is greatly appreciated.

Sincerely,

*Jennifer Schluter*

Jennifer Schluter
42102 Fountain Park Drive, #212
Novi, MI 48375
734-664-1805

Enclosures

cc: Representative Debbie Dingell
    United States Commission on Civil Rights

*Jennifer Schluter v. Encore Rehabilitation Services, LLC*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA <br> ☒ EEOC | 471-2019-03134 |

Michigan Department Of Civil Rights and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| Mrs. Jennifer Schluter | (734) 664-1805 | |

Street Address: 42102 Fountain Park Drive,, #212, NOVI, MI 48375

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| ENCORE REHABILITATION SERVICES, LLC | 501+ | (248) 865-1177 |

Street Address: 33533 W 12 Mile Rd, Ste 290, Farmington Hills, MI 48331

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 08-01-2018   Latest: 05-30-2019
☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began my employment with the above-named employer on October 8, 2012, and my most recent position is Physical Therapist Assistant.

Throughout my employment I have been harassed by Managers at Respondent. Examples of the harassment are my schedule constantly being changed, patients taken away from me, refusing to work with me, amongst other instances. They did not treat race, White PT Assistants in the same manner. I also believe I was being paid lower wages than the white PT Assistants. In August of 2018, I was disciplined for a patient complaint and White PT Assistants who have had complaints were not disciplined. Additionally, in May 2019, I was removed from the location I was working at and demoted.

I believe I was harassed, disciplined, demoted and paid less based on my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Digitally signed by Jennifer Schluter on 05-30-2019 10:15 AM EDT

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

| To: | Jennifer Schluter<br>42102 Fountain Park Drive, #212<br>Novi, MI 48375 | From: | Indianapolis District Office<br>101 West Ohio St<br>Suite 1900<br>Indianapolis, IN 46204 |
|---|---|---|---|

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 471-2019-03134 | Marc A. Fishback,<br>Enforcement Supervisor | (317) 226-7017 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

## - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

**JUL 1 6 2019**

Enclosures(s)　　Michelle Eisele,　　(Date Mailed)
　　　　　　　　District Director

cc: **Steve Wilkinson**
**VP of Human Resources**
**ENCORE REHABILITATION SERVICES, LLC.**
**33533 W 12 Mile Rd, Ste 290**
**Farmington Hills, MI 48331**

Jennifer Schluter V. Encore Rehabilitation Services, LLC

)LIS DISTRICT OFFICE
nent Opportunity Commission
Ohio Street - Suite 1900
)lis, Indiana 46204-4203

ICIAL BUSINESS
- of all
- letters
yes
are

(contract other maybe)

None
wear after
$75 I can sue
sue + this
(ow)

TH 460
17 JUL '19

$ 000.50

Keep for records
Notice of Rights
sue + dismissal
letter of case
from EEOC
envelope
for 7/16/19

5 of 7/20/19

48375-253962



Jennifer Schluter v Encore

**Earnings Statement**

ENCORE REHABILITATION SERVICES LLC.
33533 W 12 MILE RD. SUITE 290
FARMINGTON HILLS, MI, 48331-5635
COMPANY PH#:866 538-9444

| | |
|---|---|
| Period Beginning: | 04/21/2019 |
| Period Ending: | 05/04/2019 |
| Pay Date: | 05/10/2019 |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 1
  MI: 0

JENNIFER N SCHLUTER
42102 FOUNTAIN PARK DR E
APT 212
NOVI MI 48375-2539

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 77.65 | 1,941.25 | 12,901.25 |
| Overtime | | | | 12.38 |
| Pto | | | | 1,000.00 |
| **Gross Pay** | | | **$1,941.25** | 13,913.63 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L. | 0.08 | 0.64 |
| Pto Balance | | -20.00 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| | Federal Income Tax | -120.28 | 787.54 |
| | Social Security Tax | -111.62 | 793.06 |
| | Medicare Tax | -26.10 | 185.47 |
| | MI State Income Tax | -74.04 | 525.85 |
| **Other** | | | |
| | Dental | -6.93* | 55.44 |
| | Medical | -132.89* | 1,058.23 |
| | Short Term Dbl | -11.22 | 89.76 |
| | Vision | -1.17* | 9.36 |
| | 401K | -58.24* | 417.43 |
| **Net Pay** | | **$1,398.76** | |
| Dir Dep Check | | -1,398.76 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,742.02

---

ENCORE REHABILITATION SERVICES LLC.
33533 W 12 MILE RD, SUITE 290
FARMINGTON HILLS, MI, 48331-5635
COMPANY PH#:866-538-9444

Advice number: 00000190975
Pay date: 05/10/2019

Deposited to the account of
JENNIFER N SCHLUTER

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx8697 | xxxx xxxx | $1,398.76 |



THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# CIVIL COVER SHEET

JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Jennifer Schluter

**DEFENDANTS**
Encore Rehabilitation Services, LLC

**(b)** County of Residence of First Listed Plaintiff: **Oakland**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Oakland**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Case: 2:19-cv-13092
Judge: Berg, Terrence G
MJ: Hluchaniuk, Michael J
Filed: 10-22-2019 At 11:36 AM
CMP JENNIFER SCHLR V ENCORE REHABILITATION SERVICE LLC (LG)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

[X] 1 U.S. Government Plaintiff
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 2 U.S. Government Defendant
[ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [X] 710 Fair Labor Standards Act | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor-Management Relations | **SOCIAL SECURITY** | [ ] 480 Consumer Credit |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | [ ] 861 HIA (1395ff) | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 862 Black Lung (923) | [ ] 490 Cable/Sat TV |
| [ ] 196 Franchise | | | | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 Securities/Commodities/ Exchange |
| | | | | [ ] 864 SSID Title XVI | [ ] 890 Other Statutory Actions |
| | | | | [ ] 865 RSI (405(g)) | [ ] 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights | **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 896 Arbitration |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | | |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from Another District *(specify)*
[ ] 6 Multidistrict Litigation - Transfer
[ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
**U.S. Code 1345 - Suit Code #710**
Brief description of cause:
**Unequal Pay**

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $**
CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes  [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: Friedman
DOCKET NUMBER: 19-13090

DATE: 10/22/19
SIGNATURE OF ATTORNEY OF RECORD: Jennifer Schluter

**FOR OFFICE USE ONLY**

RECEIPT #       AMOUNT       APPLYING IFP       JUDGE       MAG. JUDGE

Schluter v Encore Rehabilitation Services LLC

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?  ☐ Yes  ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :