UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JENNIFER SCHLUTER,

    Plaintiff,                             Civil Action No. 19-CV-13092

vs.                                        HON. BERNARD A. FRIEDMAN

ENCORE REHABILITATION
SERVICES, LLC, et al.,

    Defendants.
_____/

## ORDER ACCEPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

This matter is presently before the Court on the Report and Recommendation ("R&R") of Magistrate Judge David R. Grand, who recommends that the Court grant defendants' motion to dismiss plaintiff's Title VII claims. Plaintiff has not objected to the R&R, and the objection period has expired. The Court has reviewed the motion papers and the R&R. The R&R correctly determined that plaintiff's Title VII claims were untimely filed and must be dismissed. Accordingly,

IT IS ORDERED that Magistrate Judge Grand's R&R is accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that defendants' motion to dismiss plaintiff's Title VII claims is granted.

                                              s/Bernard A. Friedman
                                              Bernard A. Friedman
Dated: November 9, 2020          Senior United States District Judge
      Detroit, Michigan

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on November 9, 2020.

| | |
|---|---|
| Jennifer Schluter<br>42102 Fountain Park Drive<br>South #212<br>Novi, MI 48375 | s/Johnetta M. Curry-Williams<br>Case Manager |